TRIAL CAUSE NO. W96-03061-J(A)
WRIT NO. WR-54,607-02

MAY 12, 2015

54,607-02

DAVID MCCALL
#876980
MCCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TEXAS, 78102

Dear Mr. Acosta,

I filed a Motion for Reconsideration/Rehearing in regards to my habeas corpus in May of 2014. The filing included my Objections to the trial court's Findings, Facts, and Conclusions of Law, and the trial court's Recommendation. The Motion for Reconsideration was dismissed on May 28, 2014. I filed these papers while I was on the Byrd Unit, in transient, and was not able to get copies of these papers made. Could you please send me a copy of my Objections to the Trial Court's Recommendations that were filed in May of 2014?

Thank you very much for your help with this very important matter.

Sincerely Yours,

*David McCall*

DAVID MCCALL    PRO SE'

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk